## Holmes and another *vs*. Lansing.

EMOTT moved to amend the declaration after plea pleaded, which was granted, but a queftion now arofe, whether the defendant is entitled both to an imparlance and to cofts: vide Str. 950. Dallas 465. where it is faid he fhall only have his election of one; but in 2 Blackft. Rep. 785. he had both.

*Per Curiam.* There is a diverfity of practice between the King's Bench and Common Pleas;

the Court will therefore adopt a rule of its own. As the amendment is for the benefit of the plaintiff, it is reafonable he fhould pay the cofts of it : and it is equally reafonable that the defendant fhould have an opportunity to plead *de novo*.

The plaintiff therefore may amend upon payment of cofts and giving an imparlance.